# UNITED STATES DISTRICT COURT

for the
Northern District Of California

United States of America
v.

Adrian Navarro

*Defendant*

Case No. 1:25-MJ-00098-SAB
0971 4:16-CR-00028-YGR-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Adrian Navarro,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

TSR violation - in custody

Date: August 30, 2024

*Mark B. Busby*
*Cynthia J. Lenahan*
*Issuing officer's signature*

City and state: Oakland, CA

Cynthia J. Lenahan, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

---

### Petition for Warrant for Person Under Supervision

---

**Person Under Supervision**  
Adrian Navarro

**Docket Number**   1:25-MJ-00098-SAB  
0971 4:16CR00028-001 YGR

**Name of Sentencing Judge:**   The Honorable Yvonne Gonzalez Rogers  
United States District Judge

**Date of Original Sentence:**   July 20, 2016

**Original Offense**  
Count One: Possession with Intent to Distribute and Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), a Class A Felony  
Count Two & Three: Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1), a Class C Felony

**Original Sentence:** 120 months custody and five years' supervised release  
**Special Conditions:**  drug testing; mental health treatment; abstain from alcohol; no new lines of credit; access to financial information; expanded search; no association with southside local gang; no contact with co-defendants

**Prior Form(s) 12:** none

| | |
|---|---|
| **Type of Supervision**<br>Supervised Release | **Date Supervision Commenced**<br>February 6, 2024 |
| **Assistant U.S. Attorney**<br>Aaron D. Wegner | **Date Supervision Expires**<br>February 5, 2029 |
| **Defense Counsel**<br>Jeffrey L. Bornstein (Appointed) | |

---

**Petitioning the Court for the issuance of a no bail warrant for the arrest of the person under supervision.**

I, Kristen Coleman, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies

**RE:** Navarro, Adrian 2
0971 4:16CR00028-001 YGR

in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe Mr. Navarro violated the mandatory condition that he shall not commit another federal, state, or local crime. |

    On July 21, 2024, Mr. Navarro violated California Penal Code 664/187- Attempted Murder.

    On July 21, 2024, Concord police were dispatched to Meadow Homes Park for a report of a large fight between 15 -20 people and gunshots being fired. After arriving on the scene, Concord police gathered witness statements and surveillance. Based on the investigation, it was found that an individual named Brandon Cuevas used pepper spray on multiple individuals, including Mr. Navarro. Mr. Navarro had a firearm and fired a single shot at Mr. Cuevas. Mr. Navarro fled the scene prior to officers arriving. Concord Police obtained a Ramey Warrant for Mr. Navarro, which was executed on August 29, 2024.

    Evidence to support this charge is contained in Concord Police Department report number 24-07903.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe Mr. Navarro violated special condition number eleven that he shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

    As outlined in Charge One, on July 21, 2024, Mr. Navarro possessed a firearm and ammunition.

    Evidence to support this charge is contained in Concord Police Department report number 24-07903.

| Charge Number | Violation |
|---|---|
| Three | There is probable cause to believe Mr. Navarro violated the mandatory condition that he shall not commit another federal, state, or local crime. |

    On August 29, 2024, Mr. Navarro violated California Penal Code(s): 29800(a)(1)- Felon in Possession of a Firearm; 25400(c)(6)- Possession of a Loaded and Concealed Firearm not Registered to Subject; and

RE:  Navarro, Adrian                                                                                        3
     0971 4:16CR00028-001 YGR

California Health and Safety Code 11370.1- Possession of a Controlled Substance While Armed.

When Mr. Navarro was arrested by Concord Police and the United States Marshal Service task force on August 29, 2024, he was in possession of an AR-style rifle and two handguns. During a search of Mr. Navarro, a green plastic case containing an estimated five grams of suspected methamphetamine was also located. Subsequently during an interview with law enforcement, Mr. Navarro admitted that the three firearms belonged to him.

Evidence to support this charge is contained within a chronological record of this case dated August 29, 2024, at 12:00 p.m. The Concord Police Department report is forthcoming.

| Charge Number | Violation |
|---|---|
| Four | There is probable cause to believe Mr. Navarro violated special condition eleven that he shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |

As outlined in Charge Three, on August 29, 2024, Mr. Navarro possessed a firearm and ammunition.

Evidence to support this charge is contained within a chronological record of this case dated August 29, 2024, at 12:00 p.m. The Concord Police Department report is forthcoming.

| Charge Number | Violation |
|---|---|
| Five | There is probable cause to believe Mr. Navarro violated standard condition number three that shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

On August 29, 2024, Mr. Navarro was dishonest with probation as to his whereabouts.

Specifically, when contacted by probation Mr. Navarro said he was at his reported address in Concord, California. Mr. Navarro was under surveillance by Concord Police and the United States Marshal Service at a different location and was apprehended at that location shortly thereafter.

Evidence to support this charge is contained within a chronological record of this case August 29, 2024, at 9:02 a.m.

RE: Navarro, Adrian 4
0971 4:16CR00028-001 YGR

| Charge Number | Violation |
|---|---|
| Six | There is probable cause to believe Mr. Navarro violated standard condition number seven, which states, in part, you shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

On July 1, 2024, Mr. Navarro submitted a urine sample positive for methamphetamine.

As outlined in Charge Three, on August 29, 2024, Mr. Navarro was in possession of methamphetamine.

Evidence to support this charge is contained in an admission form signed by Mr. Navarro dated July 1, 2024, and within a chronological record of this case dated August 29, 2024, at 12:00 p.m.

Based on the foregoing, there is probable cause to believe Adrian Navarro violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                    Reviewed by:

Kristen Coleman                            Jennifer Hutchings
U.S. Probation Officer Specialist          Supervisory U.S. Probation Officer
Date Signed: August 29, 2024

NDC-SUPV-FORM 12C(2)  1/12/2024

RE: Navarro, Adrian                                                                                                 5
 0971 4:16CR00028-001 YGR

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE. THE FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON ITS EXECUTION.

☐ Other:


_____August 30, 2024_____           _____
Date                                    Yvonne Gonzalez Rogers
                                        United States District Judge

**RE:** Navarro, Adrian 6
0971 4:16CR00028-001 YGR

## APPENDIX

Grade of Violations:  A [USSG § 7B1.1(a)(1), p.s.]

Criminal History at time of sentencing:  V

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Five years<br>18 U.S.C. § 3583(e)(3) | 46– 57 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Up to Life<br>18 U.S.C. § 3583(h) | Up to Life<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Authorized | Not Applicable |